UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

        Plaintiff,

  v.

TRACIE OLSON, et al.,

        Defendants.

No. 2:17-cv-2327 JAM AC P

ORDER

Plaintiff is a county prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. Currently before the court are plaintiff's motions to dismiss the filing fee and to provide plaintiff with $500 per month to "facilitate discovery and other desired advances." ECF Nos. 20, 21. Both requests will be denied.

For prisoners, leave to proceed in forma pauperis means that they do not have to pay the entire filing fee up front and can instead pay in installments. 28 U.S.C. § 1915(b)(1). They are still required to pay filing fees in full for civil actions they file. Id. With respect to the request for funds, "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress,'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollom, 426 U.S. 317, 321 (1976)), and the in forma pauperis statute does not authorize the expenditure of public funds to facilitate discovery, 28 U.S.C. § 1915.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to dismiss the filing fee (ECF No. 20) and for funds to conduct discovery (ECF No. 21) are denied.

DATED: May 14, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE