UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRACIE OLSON, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2327 JAM AC P<br><br><br>ORDER |

Plaintiff has filed a motion to appear in which he requests to be transported to each court date, including trial. ECF No. 33. Plaintiff's motion is premature because there are currently no hearings or trial scheduled. In the event that the case goes to trial, an order for transportation will be issued if plaintiff is still incarcerated.

Accordingly, IT IS HEREBY ORDERED that the motion to appear (ECF No. 33) is DENIED.

DATED: October 30, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE