UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>    v.<br><br>YOLO COUNTY PROBATION DEPARTMENT,<br><br>    Defendant. | No. 2:17-cv-2327 JAM AC P<br><br><br>ORDER |

       Plaintiff, a former county and current state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On September 30, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 41. Plaintiff has filed objections to the findings and recommendations. ECF No. 42.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 30, 2019 (ECF No. 41), are adopted in full.

2. Defendant's motion to dismiss (ECF No. 31) is granted and this action is dismissed as untimely.

DATED: November 21, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE